# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

     v.              Crim. No. 7:05-CR-82-1FL

BENJAMIN COLWIN LEAVENS

  On Wednesday, November 14, 2012, the above named was placed on supervised release for a period of 5 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,            Respectfully submitted,

/s/ Dwayne K. Benfield            /s/ Djoni B. Barrett  
Dwayne K. Benfield              Djoni B. Barrett  
Supervising U.S. Probation Officer         U.S. Probation Officer

### ORDER OF COURT

  Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

  Dated this _____21st_____ day of _____May_____, 2014.

                       _____  
                       Louise W. Flanagan  
                       U.S. District Judge